# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID HOLMES, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:24-cv-01138-GMN-BNW |
| vs. ) | |
| ) | **ORDER ADOPTING R&R** |
| JASON REUSCH *et al.*, ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Report and Recommendation (R&R), (ECF No. 5), of United States Magistrate Judge Brenda Weksler, which recommends the Court dismiss with prejudice Plaintiff's claims arising under 18 U.S.C. § 4, 18 U.S.C. § 241, 18 U.S.C. § 242, and 42 U.S.C. § 1983 Eighth Amendment.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections to the R&R were filed, and the deadline to do so has passed. (*See* Min. Order, ECF No. 5) (setting August 1, 2024, deadline for objections).  The Court therefore

ADOPTS the R&R in full.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 5), is **ADOPTED in full**.

**IT IS FURTHER ORDERED** that the following claims are **DISMISSED with prejudice:** 18 U.S.C. § 4, 18 U.S.C. § 241, 18 U.S.C. § 242, and 42 U.S.C. § 1983 Eighth Amendment.

Dated this  14  day of August, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court