# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| David Holmes, | Case No. 2:24-cv-01138-GMN-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| Jason Reusch, et al., | |
| Defendants. | |

On August 14, 2024, the summonses issued as to Defendants Loren Cooley and Jason Reusch were returned unexecuted due to incorrect addresses. ECF No. 11. The summonses noted that the defendants could not be served because they "belong[] to North Vista Hospital training office." *Id.* at 1; ECF No. 11-1 at 1. The Court now orders Plaintiff to complete and return two USM-285 forms with the correct address for Defendants Cooley and Reusch to the U.S. Marshals Service so that the defendants can be re-served. The Court directs Plaintiff to carefully follow the below instructions:

**IT IS THEREFORE ORDERED** that Plaintiff will have until January 6, 2025, to serve Defendants.

**IT IS FURTHER ORDERED** that the USMS must attempt service again on Defendants Cooley and Reusch.

**IT IS FURTHER ORDERED** that the Clerk of Court (1) issue summonses to Defendants Cooley and Reusch; and (2) deliver the summonses to the USMS for service together with one copy of each of the following documents: this Order, the Complaint (ECF No. 6), the Court's Screening Order (ECF No. 5).

**IT IS FURTHER ORDERED** that the Clerk of Court send Plaintiff two blank USM-285 forms, together with a copy of this Order.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **November 25, 2024,** to fill out the required USM-285 form **with corrected addresses** and send it to the USMS.

**IT IS FURTHER ORDERED** that the USMS must, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Defendants Cooley and Reusch no later than **21 days** after receipt of the completed USM-285 form.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendants Cooley and Reusch may be subject to dismissal for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Body Camera Footage and Officer Statements (ECF No. 16) is denied as premature because the defendants have not been served.

DATED: November 4, 2024

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE