UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

David Holmes,

    Plaintiff,

v.

Jason Reusch, et al.,

    Defendants.

Case No.: 2:24-cv-00138-GMN-BNW

**SCHEDULING ORDER**

The Court denies Defendants' proposed discovery plan and scheduling order at ECF No. 49. Pursuant to Local Rules 16-1(a) and 26-1, the Court orders as follows:

**Initial Disclosures:** The parties held their Rule 26(f) conference on February 11, 2025. Under Federal Rule of Civil Procedure 26(a)(C), initial disclosures are due at or within 14 days of the parties' Rule 26(f) conference. Given the timing of this Order, however, this Court will give the parties until **March 3, 2025**, to make their initial disclosures.

**Discovery Cut-Off:** The first defendant appeared on December 3, 2024. ECF No. 22. Discovery is due 180 days from that date, or **June 2, 2025.**

**Amending the Pleadings/Adding Parties:** The deadline for filing motions to amend the pleadings or to add parties is 90 days before the close of discovery. However, given the deadline for initial disclosures, the deadline for moving to amend will be **March 10, 2025.**

**FRCP 26(a)(2) Disclosures (Experts):** Expert disclosures must be made 60 days before the discovery cut-off date, or **April 3, 2025.** Rebuttal-expert disclosures must be made 30 days after the initial disclosure of experts, or **May 5, 2025.**

**Dispositive Motions:** The deadline for filing dispositive motions is 30 days after the discovery cut-off date or **July 2, 2025.**

**Pre-Trial Order:** The deadline for the joint pretrial order is 30 days after the

dispositive-motion deadline, or **August 1, 2025.** However, in the event dispositive motions are filed, the proposed Joint Pretrial Order must be filed **30 days** after a decision of the dispositive motions is entered.

## IX. MISCELLANEOUS

No motion filed beyond the time limit fixed by this Scheduling Order will be considered by the Court unless the Court grants an exception for good cause shown.

## X. CONCLUSION

In sum, the following deadlines for discovery as stated in this Order are as follows:

| | |
|---|---|
| Deadline to Move to Amend Pleadings | March 10, 2025 |
| Discovery Deadline | June 2, 2025 |
| Expert Disclosures | April 3, 2025 |
| Dispositive Motions Deadline | July 2, 2025 |
| Joint Pretrial Order Deadline (or 30 days following the entry of the Court's ruling on a dispositive motion) | August 1, 2025 |

DATED: February 24, 2025

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE