UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| David Holmes, | Case No. 2:24-cv-01138-GMN-BNW |
| Plaintiff, | |
| v. | ORDER |
| Jason Reusch, et al., | |
| Defendants. | |

Before the Court are two motions: Plaintiff's Motion to Extend Time to Consolidate Cases (ECF No. 57) and Plaintiff's Motion to Compel Discovery Responses and for Sanctions (ECF No. 59). Defendants responded at ECF No. 60, and the Court construes this filing as a response to both motions.

## I. BACKGROUND

This is a consolidated case consisting of case numbers 2:24-cv-01575-JAD-DJA and 2:24-cv-01138-GMN-BNW (this case). Last month, District Judge Navarro consolidated these cases under 2:24-cv-01138-GMN-BNW, and she administratively closed 2:24-cv-01575-JAD-DJA. ECF No. 55. As part of that consolidation order, District Judge Navarro directed Plaintiff to file a Second Amended Complaint by April 21, 2025. *Id.* She did not modify or otherwise mention the operative scheduling order (ECF No. 50) in this case. *Id.*

In Plaintiff's first motion, he asks this Court for a 30-day extension to consolidate the cases, to allow Defendants time to comply with their discovery obligations, and to provide more time for him to review discovery. ECF No. 57 at 2. Because the cases have already been consolidated, this Court construes Plaintiff's motion as a request to extend all discovery deadlines. In Plaintiff's second motion, he asks this Court to compel Defendants to respond to his discovery requests and for sanctions. ECF No. 59 at 1–4. Defendants respond that case number 2:24-cv-01138-GMN-BNW was dismissed on March 19, 2025, and thus they have no discovery obligations. ECF No. 60 at 1.

**II. ANALYSIS**

A motion or stipulation to extend any date set by a discovery plan or scheduling order must be supported by a showing of good cause for the extension. LR 26-3. "[O]nce a Rule 16 scheduling order is in place, it 'shall control the subsequent course of the action' unless modified for good cause." *Hynix Semiconductor Inc. v. Rambus Inc.*, 250 F.R.D. 452, 456–57 (N.D. Cal. 2008) (quoting *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087–88 (9th Cir. 2002)); *see also* Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent.").

Here, there is good cause to extend all discovery deadlines by **45 days** to: (1) allow Plaintiff, who is pro se, to review/conduct discovery and file a Second Amended Complaint; and (2) allow Defendants time to fully respond to the motion to compel and meet forthcoming discovery deadlines. In addition, Defendants are incorrect that case number 2:24-cv-01138-GMN-BNW was dismissed and there is no operative scheduling order. ECF No. 60 at 1. 2:24-cv-01138-GMN-BNW is not closed, and the scheduling order (ECF No. 50) remains in effect. Because discovery is ongoing, the Court orders Defendants to provide a more fulsome response to Plaintiff's motion to compel, so that the Court can properly decide that motion.

**III. CONCLUSION**

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Extend Time (ECF No. 57) is **GRANTED**. The new deadlines are as follows:

Second-Amended Complaint: June 5, 2025

| | |
|---|---|
| Expert Disclosures: | May 19, 2025 |
| Rebuttal Disclosures: | June 19, 2025 |
| Discovery Cut-Off: | July 17, 2025 |
| Dispositive Motions: | August 18, 2025 |
| Joint Pre-Trial Order: | September 15, 2025. However, in the event dispositive motions are filed, the proposed Joint Pretrial Order must be filed 30 days after a decision of the dispositive motions is entered. |

**IT IS FURTHER ORDERED** that Defendants must file a more fulsome response to Plaintiff's Motion to Compel Discovery Responses and for Sanctions (ECF No. 59) by May 7, 2025.

DATED: April 30, 2025

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE