**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| David Holmes, | Case No. 2:24-cv-01138-GMN-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Jason Reusch, et al., | |
| Defendants. | |

Pro se Plaintiff moves to have the U.S. Marshals serve Dotty's Casino and two of its employees (CEO Richard Estey and Chief of Security Jason Scaral). ECF No. 92. Plaintiff also moves for a continuance to serve discovery on these unserved defendants. ECF No. 93. Because Plaintiff is proceeding *in forma pauperis*, he is entitled to the court's aid in issuing and serving all process. Therefore, his motion for service will be granted. However, Plaintiff's motion for a continuance of discovery will be denied without prejudice because discovery is currently closed. *See* ECF No. 90. Plaintiff must first move to re-open discovery, which he has done. *See* ECF No. 91. His motion is currently pending before this Court and will be decided in due course.

**I.   DISCUSSION**

When a party proceeds *in forma pauperis* ("IFP") the court "shall issue and serve all process." 28 U.S.C. § 1915(d); *Puett v. Blandford*, 912 F.2d 270, 273 (9th Cir. 1990) ("a party proceeding in forma pauperis is entitled to have the summons and complaint served by the U.S.

Marshal.").[1] Plaintiff initiated this matter with a complaint and an accompanying application to proceed *in forma pauperis* ("IFP"). ECF No. 1. The undersigned screened his complaint and granted his IFP application. ECF No. 5. Plaintiff is therefore entitled to the court's aid. Accordingly, this Court will issue summonses for the unserved defendants and direct the U.S. Marshal to attempt service upon them.

## II.   CONCLUSION

**IT IS ORDERED** that Plaintiff's motion requesting service (ECF No. 92) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion requesting a continuance of discovery (ECF No. 93) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court kindly: (1) issue summonses for: Dotty's Casino, Richard Craig Estey, and Jasan Scaral; (2) deliver the summonses along with three copies of the amended complaint (ECF No. 65) to the U.S. Marshal for service; and (3) mail Plaintiff three blank copies of Form USM-285. Once Plaintiff receives the USM-285 forms, Plaintiff must fill in defendants' last-known addresses.

**IT IS FURTHER ORDERED** that Plaintiff shall have until November 3, 2025, to send the U.S. Marshal the required Form USM-285. Upon receipt of the USM-285 forms, the U.S. Marshal shall, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on defendants Dotty's Casino, Richard Estey, and Jason Scaral at their last-known addresses.

//
//
//
//
//
//
//

---

[1] Section 1915(d) dovetails with Rule 4, which provides that upon the request of a plaintiff authorized to proceed IFP, the court "must" order "that service be made by a United States marshal or deputy or by a person specifically appointed by the court." Fed. R. Civ. P. 4(c)(3).

**IT IS FURTHER ORDERED** that within twenty-one days after receiving the three Form USM-285 back from the U.S. Marshal showing whether service has been accomplished, Plaintiff must file a notice with this Court identifying whether the defendants were served. If Plaintiff wishes to have service again attempted on an unserved defendant, then Plaintiff must file a motion with identifying the unserved defendant and specifying a more detailed name and/or address for said defendant or whether some other manner of service should be attempted.

DATED: October 2, 2025

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE