# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID HOLMES,<br><br>           Plaintiff,<br>vs.<br><br>JASON REUSCH, *et al.*<br><br>           Defendants. | Case No.: 2:24-cv-01138-GMN-BNW<br><br>**ORDER GRANTING MOTION TO EXTEND TIME** |

Pending before the Court is Plaintiff David Holmes' Motion to Extend Time to file a Reply, (ECF No. 145), to Plaintiff's Motion to Strike Defendants Untimely Answer and Affirmative Defense, (ECF No. 128). The Court may extend the time for Plaintiff to file his Response for good cause under Federal Rule of Civil Procedure 6(b). Plaintiff's requests an additional two weeks to file his Reply. He explains that he received Defendants' Response on December 26, 2025, only three days before his deadline to file a reply. He further states that he has not been receiving mail, including "indigent legal material." The Court finds that Plaintiff's delay in receiving the Response, and other mail delays potentially resulting from the December holidays, constitutes good cause for an extension to file a Reply.

///

///

///

///

///

///

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time, (ECF No. 145), is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff must file his Reply by January 16, 2026.

Dated this __9__ day of January, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court